# UNITED STATES DISTRICT COURT
## for the
### District of Montana

**FILED**

**OCT 17 2018**

Clerk, U.S. District Court
District Of Montana
Helena

United States of America
v.
JESUS E. ELIZONDO

)
)
)
)
)
)
)
)

Case No: CR 13-24-BU-SEH-02

USM No: 13110-046

Date of Original Judgment: 05/09/2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Andrew J. Nelson (Appointed)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __120__ months is reduced to __95 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Upon remand from the Ninth Circuit Court of Appeals, the Court has reviewed Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 and Retroactive Amendment USSG 782 (Doc. 327), and determined the Defendant is eligible for a reduction.

Except as otherwise provided, all provisions of the judgment dated __05/09/2014__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __10/17/2018__

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Sam E. Haddon, United States District Judge
*Printed name and title*